No. 1203. RYMARKIEWICZ *v.* PITTSBURGH STEAMSHIP Co. June 3, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

*William L. Standard* for petitioner. *Walker H. Nye* and *Arnold F. Bunge* for respondent.